

# CITY OF BUFFALO
### DEPARTMENT OF LAW



**CHRISTOPHER P. SCANLON**
MAYOR

**CAVETTE A. CHAMBERS**
CORPORATION COUNSEL

September 5, 2025

Hon. Jeremiah J. McCarthy
United States District Court
Western District of New York
2 Niagara Square,
Buffalo, New York 14202

    *Re:*   *Suttles v. City of Buffalo, et al.*
             *Case No. 24-cv-00098*

Your Honor,

    Please allow this correspondence to update the Court on the status of discovery in this matter and an outline of our current discovery dispute in accordance with the Court's Rule.

    As the Court is aware, Defendants served discovery demands on May 7, 2025 (*Dkt. 35*). After several requests for responses, Plaintiff's Counsel reached out via email on August 6, 2025, requesting a fourteen (14) day extension to provide discovery. This request was duly approved. Thereafter Plaintiff was to provide discovery by August 22, 2025. At our conference on August 19, 2025 (*Dkt. 39*) Plaintiff's Counsel reiterated her intention to provide discovery on August 22, 2025, and the Court's Text Order reflects same. Unfortunately, this did not happen.

    Plaintiff's Counsel emailed this writer on August 27, 2025, seeking a further extension until August 29, 2025 – the day after our last scheduled conference of August 28, 2025. At that conference on August 28, 2025, Plaintiff's counsel assured the Court that discovery would be provided the following day and that assurance was noted in the Court's Text Order (*Dkt. 41*). As of 12:00pm today, Plaintiff's Counsel has yet to provide discovery in this matter.

    Plaintiff states that he needs to inform his new employer two weeks in advance of taking time off. Assuming that to be true, the lack of discovery is a serious impediment to completing Plaintiff's deposition in the month of September. As such, we intend to file a Motion compelling responses and would request that the Court advise as to whether an additional conference is necessary, or if we can proceed with a motion.

                                     Respectfully,

                                     */s/ Anthony C. Duddy, Esq.*