UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

QUENTIN SUTTLES,

              Plaintiff,

vs.

CITY OF BUFFALO, OFFICER
JOHN DAVIDSON, OFFICER RUSSELL
SULLIVAN, OFFICER JOHN/JANE
DOE(S), et al.

              Defendants.

**<u>DECLARATION</u>**

Civ. No.: 1-24-cv-00098

---

Anthony C. Duddy, an attorney admitted to practice in this Court, declares under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

1.      I am an Assistant Corporation Counsel for the City of Buffalo, of counsel to Rosa A. Pizzi, Corporation Counsel. Our office represents the Defendants in this action and, as such, I am fully familiar with it.

2.      This declaration is submitted in support of the Defendants' Motion for Summary Judgment.

3.      The plaintiff has sued the Defendants for claims arising from a traffic stop on September 8, 2019, conducted by Police Officers John Davidson and Russell Sullivan.

4.      The following exhibits relate to the traffic stop on September 8, 2019, conducted by Police Officers John Davidson and Russell Sullivan:

1

- **Exhibit A** – Police Officer John Davidson's Bodycam footage (transferred to a flash drive and filed under separate cover).

- **Exhibit B** - Police Officer Russell Sullivan's Bodycam footage (transferred to a flash drive and filed under separate cover).

- **Exhibit C** – Police Officer Brian Nagy's Bodycam footage (transferred to a flash drive and filed under separate cover).

- **Exhibit D** - Relevant portions of the Plaintiff's Complaint.

- **Exhibit E** - Relevant portions of the deposition testimony of Buffalo police officer John Davidson.

- **Exhibit F** – Relevant portions of the transcript of Plaintiff's plea of guilty to one count of Criminal Possession of a Weapon in the Second Degree.

- **Exhibit G** - Relevant portions of the Plaintiff's Verified Response to Defendant's Interrogatory Requests.

- **Exhibit H** - Relevant portions of the deposition testimony of Buffalo police officer Jason Whitenight.

- **Exhibit I** - Relevant portions of the CPS Forensic Laboratory Ballistic Report.

- **Exhibit J** – Buffalo Police Department Arrest Data Form.

- **Exhibit K** – Relevant portions of the deposition testimony of Buffalo Police Officer Russell Sullivan.

- **Exhibit L** – Relevant portions of Plaintiff's Deposition Transcript.

5. Based on the facts and legal arguments set out in the accompanying papers and exhibits, the City Defendants' motion for summary judgment should be granted.

Dated:  June 1, 2026
        Buffalo, New York

                                                    Rosa Alina Pizzi
                                                    CORPORATION COUNSEL


                                            By:     */s/Anthony C. Duddy*
                                                    Assistant Corporation Counsel
                                                    65 Niagara square
                                                    1100 City Hall
                                                    Buffalo, New York 14202